BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT ORLEN GRAY III,<br><br>　　　　　　　Defendant. | Case No. 3:19-cr-00045-RRB-MMS<br><br>COUNT 1:<br>FELON IN POSSESSION OF AN EXPLOSIVE<br>　Vio. of 18 U.S.C. § 842(i) & 844(a). |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about March 17, 2018, within the District of Alaska, the defendant, ROBERT ORLEN GRAY III, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess and receive an explosive that had been shipped and transported in and affecting interstate and foreign commerce.

Conviction

| Date | Offense | Court | Case No. |
|---|---|---|---|
| 9/19/2016 | Assault 3 | State of Alaska Superior Court, Kodiak | 3KO-16-00036CR |

All of which is in violation of 18 U.S.C. § 842(i) and 844(a).

A TRUE BILL.

                                          s/ Grand Jury Foreperson
                                          GRAND JURY FOREPERSON

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
United States of America
Assistant U.S. Attorney


s/ Bryan Schroder
BRYAN SCHRODER
United States of America
United States Attorney


DATE:      4/23/19