BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYER-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| In the Matter of | ) No. 3:19-cr-00045-RRB-MMS |
|---|---|
| ROBERT ORLEN GRAY III, | ) PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| On Writ of Habeas Corpus | ) |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

ROBERT ORLEN GRAY III, who is imprisoned by the State of Alaska Department of Corrections, at Wildwood Correctional Center, is a defendant in a certain cause now pending before this court, to wit: United States of America v ROBERT ORLEN GRAY III, Case No. 3:19-cr-00045-RRB-MMS, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

BRYAN SCHRODER
United States Attorney

DATED: April 25, 2019

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney
United States of America